FILED

08 FEB 15 PM 2:39

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

'08 CR 0402 DMS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| --- | --- | --- |
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| MARIO MENDOZA-LEDESMA, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about January 10, 2008, within the Southern District of California, defendant MARIO MENDOZA-LEDESMA, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

WMC:nlv:San Diego
2/15/08

1    It is further alleged that defendant MARIO MENDOZA-LEDESMA was
2  removed from the United States subsequent to February 11, 1999.
3    DATED: February 15, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney

2