UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 08cr00402 |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| v. | ) | |
| | ) | |
| Mario Mendoza-Ledesma, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, CHRISTIAN DE OLIVAS, am a citizen of the United States and am at least eighteen years of age. My business address is 200 N. Bradford Ave, Ste 200, Placentia, CA 92870.

    I am not a party to the above-entitles action. I have caused service of NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1.   Victor Manuel Torres (Grimes and Warwick)

    2.   US Attorney CR

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case: N/A

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on March 11, 2008

                                                      /s/ *Christian De Olivas*
                                                      CHRISTIAN DE OLIVAS
                                                      De Olivas Law Firm, APLC
                                                      Attorney for Defendant

1  CHRISTIAN DE OLIVAS
   CalBarNo. 249608
2  De Olivas Law Firm, APLC
   200 N. Bradford Ave., Suite L
3  Placentia, CA  92870
   Telephone (714) 646-3314
4  Facsimile   (714) 646-3721

5  Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No.: 08cr00402 |
|                                  ) | |
|      Plaintiff,        ) | NOTICE OF APPEARANCE |
|                                  ) | |
|      v.                ) | |
|                                  ) | |
| Mario Mendoza-Ledesma,           ) | |
|                                  ) | |
|      Defendant         ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

    I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

    Please call me if you have any questions about this notice

    DATED:  March 11, 2008

                                                                   Respectfully Submitted,

                                                                   /s/ *Christian De Olivas*
                                                                   CHRISTIAN DE OLIVAS
                                                                  De Olivas Law Firm, APLC
                                                                  Attorney for Defendant
                                                                   Email: Christian@deolivaslaw.com