1  Christian De Olivas
   CalBarNo. 249608
2  De Olivas Law Firm, APLC
   200 N. Bradford Ave., Suite L
3  Placentia, CA 92870
   Telephone: (714) 646-3314
4  Facsimile:  (714) 646-3721

FILED
MAR 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )  Case No: 308-CR-00402-DMS
                                     )
            Plaintiff,               )  SUBSTITUTION OF ATTORNEY
                                     )
     vs.                             )
                                     )
Mario Mendoza-Ledesma,               )
                                     )
            Defendant                )
                                     )

Mario Mendoza-Ledesma _____ hereby substitutes attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number, (714) 646-3314, as attorney of record in place and stead of attorney, Victor Manuel Torres _____.

DATED: 030908                    Mario Mendoza
                                         DEFENDANT

I consent to the above substitution.

DATED: 3/13/08                   _____
                                 Victor M. Torres  PRESENT ATTORNEY

                          1      08-CR-00402

1  //

2      I am duly admitted to practice in this district.

3      I accept the above substitution.

4

5  DATED: __03-09-08__     _____/s/_____

6                                                        NEW ATTORNEY

7

8      Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE

9  COURT.

10

11  DATED: __3/18/08__     APPROVED: _____/s/_____

12

13                                        UNITED STATES DISTRICT COURT JUDGE