| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | STEVEN DE SALVO<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 199904<br>Federal Office Building |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone No: (619) 557-7032<br>Attorneys for Plaintiff |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0402-DMS |
| Plaintiff, | ) ) ) | **JOINT MOTION FOR** |
| v. | ) | **CONTINUANCE** |
| MARIO MENDOZA-LEDESMA, | ) ) | |
| Defendant. | ) ) | |

The parties in the above-captioned case, UNITED STATE OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Steven De Salvo, Assistant United States Attorney, and MARIO MENDOZA-LEDESMA, by and through his counsel, Christian De Olivas, hereby jointly move this court for an order continuing the sentencing hearing from August 29, 2008, to September 26, 2008. The parties have cleared the date through the Court's deputy clerk.

Dated:      August 28, 2007                    Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Steven De Salvo

STEVEN DE SALVO
Assistant U.S. Attorney

/s/ Christian De Olivas

CHRISTIAN DE OLIVAS
Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0402-DMS |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| MARIO MENDOZA-LEDESMA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY CERTIFIED THAT:

    I, STEVEN DE SALVO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of JOINT MOTION FOR CONTINUANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System.

    **Christian De Olivas**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2008.

                                                         s/ Steven De Salvo
                                                         STEVEN DE SALVO