**Christian De Olivas**
CA Bar No. 249608
DE OLIVAS LAW FIRM
A Professional Law Corporation
200 N Bradford Ave, Ste L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile: (714) 646-3721

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>MARIO MENDOZA-LEDESMA,<br><br>    Defendant | CASE NO.: 3:08-cr-402<br><br>DATE: SEPTEMBER 26, 2008<br><br>TIME: 11:00 A.M.<br><br>**NOTICE OF JOINT MOTION; JOINT MOTION TO CONTINUE STATUS CONFERENCE** |

## NOTICE OF JOINT MOTION

TO: THE UNITED STATES ATTORNEY

Please take notice that on the above-referenced date, Defendant, MARIO MENDOZA-LEDESMA, by and through his counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America, by and through its counsel, STEVEN DE SALVO, will move this Court to grant the above-entitled motion.