**JOINT MOTION TO CONTINUE: POINTS & AUTHORITIES**

The Defendant, MARIO MENDOZA-LEDESMA, by and through his counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America, by its counsel, STEVEN DE SALVO, and pursuant to Federal Rules of Criminal Procedure 32, hereby move this court to grant the above-stated motion.

In support thereof, Defense Counsel, and pursuant to and without objection by the Plaintiff's Counsel, request that the current Status Conference hearing scheduled for August 29, 2008 at 11:00 a.m. be continued to September 26, 2008 at 11:00 a.m., due to defense counsel's, CHRISTIAN DE OLIVAS, medical restrictions. See attached doctor's note.

This continuance meets the "ends of justice" and outweighs the interest of the public and the defendant's right to a Speedy Trial Act.

Respectfully Submitted,

**DATED**: August 26, 2008          **SIGNED**: s/ Christian De Olivas
                                              CHRISTIAN DE OLIVAS
                                              ATTORNEY FOR DEFENDANT
                                              MARIO MENDOZA-LEDESMA

                                    **SIGNED**: s/ Steven De Salvo
                                              STEVEN DE SALVO
                                              ATTORNEY FOR PLAINTIFF
                                              UNITED STATES OF AMERICA