# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

1. I, CHRISTIAN DE OLIVAS, am a citizen of the United States and am at least eighteen years of age. My business address is 200 Bradford Avenue, Ste L, Placentia, California 92870.

2. I am not party to the above-entitled action. I have caused service of the following documents: Notice of Joint Motion; Joint Motion to Continue Sentence With Probation Office Report Hearing Points & Authorities on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

   a. STEVEN DE SALVO, Assistant United States' Attorney

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on August 28, 2008.

**DATED**: August 28, 2008        **SIGNED**: s/ Christian De Olivas
                                              CHRISTIAN DE OLIVAS

                                              ATTORNEY FOR DEFENDANT
                                              MARIO MENDOZA-LEDESMA