# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0402-DMS |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| MARIO MENDOZA-LEDESMA, | ) | |
| Defendant. | ) | |

WHEREAS several motions, including Motion In Limine, have been filed in the above-captioned case, and the case previously has been set for trial; and

WHEREAS the case is currently set for Status Hearing on August 29, 2008; and

WHEREAS extraordinary circumstances exist due to an illness by Christian De Olivas, the attorney for the defendant in the above-captioned, requiring a continuance; and

WHEREAS a continuance of the Status Hearing would serve the ends of justice, and would outweigh the interests of the public and defendant in a speedy trial,

IT IS HEREBY ORDERED that the Status Hearing in the above-captioned case is continued from August 29, 2008, to September 26, 2008 at 11:00 a.m.

DATED: August 28, 2008

_____
HON. DANA M. SABRAW
United States District Judge